# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | Case No. 1:19CR11 |
| v. ) | |
| ) | **ORDER** |
| **ADRIAN ROMERO, ET AL.,** ) | |
| ) | By: James P. Jones |
| Defendants. ) | United States District Judge |

It appearing proper, it is **ORDERED** that all pretrial motions, except motions to dismiss or quash the indictment, motions to suppress evidence, or any motion that may dispose of a charge or defense, are referred to the Honorable Pamela Meade Sargent, United States Magistrate Judge, pursuant to Rule 59(a) of the Federal Rules of Criminal Procedure for determination no later than the pretrial conference. Pursuant to Rule 12(c) of the Federal Rules of Criminal Procedure, it is **ORDERED** that all pretrial motions must be filed at least fourteen (14) days prior to the pretrial conference. All motions filed will be heard on the date of the scheduled pretrial conference, unless the parties agree upon an alternative hearing date that is prior to the pretrial conference date. It is further **ORDERED** that all dispositive motions must be accompanied by a supporting brief which sets forth the factual basis and the legal arguments to support the motion, unless this information is contained in the motion itself. For example, any motion to suppress

must set forth the factual basis under which it is alleged that the evidence was illegally obtained or seized.

ENTER: April 29, 2019

/s/ JAMES P. JONES
United States District Judge