Dear Judge Jones,

I pray this letter finds you in good spirits and great health. I am writing you today on behalf of Adrian Romero, our daughter Hannah and the rest of our family who love him dearly.

Adrian has always been the type of man who took pride in being able to provide for the people he loves. He wasn't and never has been the kind of man who asks for help or pity... All though these traits could be amazing to possess, those same traits helped him make 'not so great choices'. Adrian needed help many times. Help with learning how to cope with past trauma, with his own short comings and ultimately his addictions. Adrians spirit isn't violent or evil, his spirit was just weak.

I know there are consequences for every action, but in my heart I believe if Adrian gets the help he needs on how to cope with addiction and how to heal from his past, his future choices will be better. Prison isn't

a place to punish those who have done wrong, Today I am asking if you could please show mercy in your sentencing. Adrian knows he has done wrong, he knows he will be punished, as we all know is inevitable, we all just pray his punishment wont take away half his life. He truly just needs help. We all only have one life, once its over, thats it. Please allow Adrian to get the help he needs and enough life to put into practice the postive traits he possesses through your mercy. He is a good man, a happy dad, a loving son and a big brother. He is more then what his crimes have portrayed him to be. He has a history of not making the best decisions, but as the human race, we all fall short. Please consider not only Adrian, but his daughters. Your Judgement will be the final one and all of our lives are in your hands. Please show mercy.

Thank-you.

Mrs. Feys

Dear Judge Mr. Jones,

My name is Hannah Feys. I am eight years old. My dad's name is Adrian Romero. I want the chance to grow with my dad. I know he did bad things but he's a good man. I hope god speaks through you for my father. I know people want to do their jobs and make a difference but my dad is more then a job for me. I pray for him because I know the world can be cruel but I know god is bigger and has a purpose for my dad. My dad is funny, and is always positive and tells me all the time how much he loves me. Evil people don't love. Mr. Judge help give my dad a second chance to keep loving me while I am still little. I need him here too. Please don't throw my dad away. I know god made you his judge for a reason maybe because you are the only one who will see him like me. He is loved, needed, and important. Thank you Judge Mr. Jones.

*Hannah* (in heart)

30-6-2019

Dear Judge,

I am Tatiana Robinson, Adrain Sister, and I love and care about him so much. My Brother may have done a few things wrong in the past, but that doesn't mean he does not have a good heart. You think throwing my brother behind bars and keeping him away from his family for 20 years you teach him a valuable leason and get his life strait with a big long punishment, but you're wrong, keeping him there is just hurting his life, but it's not only hurting his life, it's hurting the family's life, especially my mom. She cries day and night, we pray that he will be home with us soon. We need him, he needs us, he has parents and daughters plus siblings here for him.

⑤

On the back

I may only be 12 but in my heart I believe there is a lot of good in Adrain, in my Brother. My pray for him everydays. My hope for him is, a bright future, and if you're the Judge I pray you are than you will too.

Sincerely,
Tatiana Robinson

P.S. Tell Adrain I said that I love and miss him PLEASE

Thank you

Dear Judge,

It would mean so much to all of us if you would reconsider the length of my brothers sentence. I understand the situation but I really do believe that he has realized what changes he needs to make to put his life back on track. Hes not a bad guy, he just made stupid decisions. I wholeheartedly believe that the threat of the sentence has really done a number on his thinking. Enough to change a person. Please Judge, I love my brother so much and I would love to see him on the right track. Keeping him in a cage isnt going to do anything for him. I dont want for the next time I get to hold my brother in my arms to be the equivalent of holding an empty shell of a man. Everyone knows the cliché line "prison changes people" but its more than a cliché. Instead of helping people we throw them in cages and forget about them. No one is being benefited. My brother needs me and our family in order to change for good, and I hope you can see that will us as his support system, hes going to thrive and get his life together. Please Judge, be the one to take a chance on my brother, Adrian.

Respectfully & with best regards,
Yvianca Robinson