# Southwest Virginia Regional Jail Authority

Stephen O. Clear
Superintendent

Dwayne Lockhart
Assistant Superintendent

Chad Kilgore
Major

Post Office Box 280, Meadowview, Virginia 24361

Kaitlyn G. Allison
COUNSELOR
Direct Line: (276)739-3520
Ext. 1036

Facsimile: (276)739-3535

Email: kallison@swvrja.com



09/12/2019

RE: Acknowledgement of Program Participation and Completion

To whom it may concern,

To this date, offender Adrian Jose Romero has been an active member within our facility by participating in the Anger Management class. This is an intense three week class that allows the individual to look at not only their relationships with others, but also themselves. The class is scheduled for graduation on September 18th, 2019. At that scheduled time offender Romero will receive a completion certificate and class credit. This class encompasses several difficult topics including the following; anger history, anger intensity, identifying your triggers, how you express anger, and the consequences that anger has had on different parts of your life. One of the biggest focuses for this class is to help those better understand their emotions that cause them to be angry, different activities to help reduce stress and anger in your life, how to better communicate with others, and tips on conflict resolution.

| | |
|---|---|
| Identification Number: | 10817645 |
| Name: | Adrian Jose Romero |
| DOB: | 11/15/1987 |
| Current Location: | Southwest Virginia Regional Jail Authority – Abingdon, VA |
| Mailing Address: | P.O. Box 280 |
| | Meadowview, VA 24361 |

Please feel free to contact me if you have any further questions or concerns.

Respectfully,
Kaitlyn G. Allison
Kaitlyn G. Allison
Counselor

# Anger Management
# Certificate of Completion

is hereby granted to:

## Adrian Romero

September 4th, 2019 through September 18th, 2019

Granted: September 18th, 2019

_Counselor Allison_

Counselor Allison

_Lt Mullins_

Lieutenant Mullins
Facilitator

# Southwest Virginia Regional Jail Authority

Stephen O. Clear
Superintendent

Dwayne Lockhart
Assistant Superintendent

Chad Kilgore
Major

Post Office Box 280, Meadowview, Virginia 24361

Kaitlyn G. Allison
COUNSELOR
Direct Line: (276)739-3520
Ext. 1036

Facsimile: (276)739-3535

Email: kallison@swvrja.com



07/23/2019

RE: Acknowledgement of Program Participation and Completion

To whom it may concern,

To this date, offender Adrian Romero has been an active member within our facility by attending and participating in the Productive Citizenship class. This class graduated on July 23rd, 2019. At that time Mr. Romero received a class completion certificate. This is an intense three week course that encompasses various skills that the individual has the opportunity to learn about. These include, but are not limited to the following; becoming a skilled problem-solver, logical and practical thinking, money management, reviewing our spending habits and behaviors, self-awareness, self-confidence, the difference between negative and positive emotions, time management, how to fill out a resume, and preparing for a job interview.

| | |
|---|---|
| Identification Number: | 10817645 |
| Name: | Adrian Jose Romero |
| DOB: | 11/15/1987 |
| Current Location: | Southwest Virginia Regional Jail Authority – Abingdon, VA |
| Mailing Address: | P.O. Box 280 |
| | Meadowview, VA 24361 |

Please feel free to contact me if you have any further questions or concerns.

Respectfully,

Kaitlyn G. Allison
Counselor

# Productive Citizenship Certificate of Completion

is hereby granted to:

**Adrian Romero**

July 2nd, 2019 through July 23rd, 2019

Granted: July 23rd, 2019

_Lt Mullins_
Lieutenant Mullins
Facilitator

_Counselor Allison_
Counselor Allison


