## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## ABINGDON DIVISION
## CRIMINAL MINUTES – SENTENCING HEARING

Case No.: 1:19CR00011-001           Date: 10/30/2019

**Defendant:** Adrian Jose Romero / Custody      **Counsel:** Helen E. Phillips / Appointed
a/k/a Dre, a/k/a Dri, a/k/a Joseph Wayne Green

PRESENT:
- JUDGE: James P. Jones, USDJ     TIME IN COURT: 3:14-3:51 p. m. (35 minutes)
- Deputy Clerk: Lottie Lunsford
- Court Reporter: Donna Prather, OCR
- U. S. Attorney: Suzanne Kerney-Quillen
- USPO: Angela Sullivan
- Case Agent: Stephen Levesque
- Interpreter: N/A

**PROCEEDINGS:**

No Objections to Presentence Report.

Court adopts Presentence Report.

Defendant Motion for Downward Variance. Court denies as stated.

Allocutions.

SENTENCE IMPOSED AS FOLLOWS:

CBOP: Count 1 - Two hundred thirty-five (235) months.
SR: Five (5) years - comply w/Standard, Mandatory & Special Conditions.
     ☐ Mandatory drug testing suspended.
SA: $100.00 due immediately.
FINE: Waived
REST: N/A

Court recommends as follows:
   That Defendant receive residential drug treatment while imprisoned.
   That Defendant be designated to a facility for which he qualifies closest to Augusta, Georgia in order to facilitate visits from family members.

SPECIAL CONDITIONS OF SUPERVISION

The defendant shall reside in a residence free of firearms, ammunition, destructive devices and dangerous weapons.

The defendant must submit to warrantless search and seizure of person and property by the probation officer or other law enforcement officer, whenever such officer has reasonable suspicion that the defendant is engaged in criminal activity.

Following release from imprisonment, the court will evaluate defendant's status and determine whether, after incarceration, drug rehabilitation is necessary and appropriate. If additional rehabilitation is deemed appropriate, the defendant shall participate in a program as designated by the court, upon consultation with the probation officer, until such time as the defendant has satisfied all the requirements of the program.

The defendant shall pay any fine, special assessment or restitution that is imposed by this judgment.

PAYMENT SCHEDULE:
A lump sum payment of $100.00 is due immediately.

Defendant advised of right to appeal.
Government moves to dismiss forfeiture allegation as to this defendant. Court grants motion.
Defendant remanded to custody.