# UNITED STATES DISTRICT COURT

WESTERN     DISTRICT OF     VIRGINIA

UNITED STATES OF AMERICA

V.

ADRIAN JOSE ROMERO

**EXHIBIT AND WITNESS LIST**

Case Number: 1:19CR00011-001

| PRESIDING JUDGE James P. Jones, USDJ | PLAINTIFF'S ATTORNEY Suzanne Kerney-Quillen | DEFENDANT'S ATTORNEY Helen E. Phillips |
|---|---|---|
| TRIAL DATE (S) 10/30/2019 Sentencing | COURT REPORTER Donna Prather, OCR | COURTROOM DEPUTY Lottie Lunsford |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 10/30/2019 | Yes | Yes | Certificate of Analysis Report |
| 2 | | 10/30/2019 | Yes | Yes | Certificate of Analysis Report |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages