

**U.S. Department of Justice**
**Drug Enforcement Administration**

Mid-Atlantic Laboratory
Largo, MD

## Chemical Analysis Report

ATF - Bristol Office
1913 Lee Hwy., Ste. 2A
Bristol, VA 24201

Case Number: 768010-17-0030
LIMS Number: 2018-SFL3-02336

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---|---|---|---|---|
| 00047 | d-Methamphetamine Hydrochloride | 81.24 g ± 0.01 g | 90% ± 4% | 73.11 g ± 2.93 g |
| 00047 | Dimethyl Sulfone | | ---- | ---- |

**Remarks:**

Exhibit 00047: The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Exhibit 00047: Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit. All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

### Exhibit Details:

Date Accepted by Laboratory: 04/16/2018      Gross Weight: 128.4 g      Date Received by Examiner: 11/06/2018

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---|---|---|---|---|
| 00047 | 1 | Ziplock Plastic Bag | Crystalline | 79.23 g |

**Remarks:**

### Exhibit Analysis:

**Sampling:**

Exhibit 00047: A composite was formed from 1 unit for testing of 1 unit received. Merhamphetamine and Dimethyl Sulfone confirmed in the composite. Salt form and isomer determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---|---|
| 00047 | Gas Chromatography, Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

| Exhibit | Purity Test(s) |
|---|---|
| 00047 | DEA103L (Gas Chromatography) |



**Analyzed By:** /S/ Tara M. Remagen, Senior Forensic Chemist      **Date:** 11/09/2018
**Approved By:** /S/ Jonathan K. Liu, Senior Forensic Chemist      **Date:** 11/13/2018