

**U.S. Department of Justice**
**Drug Enforcement Administration**

Mid-Atlantic Laboratory

Largo, MD

ATF – Bristol Office
1913 Lee Hwy., Ste. 2A
Bristol, VA 24201

**Case Number:** 768010-17-0030
**LIMS Number:** 2018-SFL3-02337

### Observations, Results and Conclusions:

| Exhibit | Substance(s) Identified | Net Weight | Substance Purity | Amount Pure Substance |
|---------|-------------------------|------------|------------------|-----------------------|
| 00013 | d-Methamphetamine Hydrochloride | 214.91 g ± 0.01 g | 90% ± 4% | 193.41 g ± 7.75 g |
| 00013 | Dimethyl Sulfone | | —— | —— |

**Remarks:**

Exhibit 00013: The net weight was determined by direct weighing of all unit(s). The net weight uncertainty value represents an expanded uncertainty estimate at the 95% level of confidence.

Exhibit 00013: Purity determined from testing the composite; the purity and amount pure substance values are representative of the entire exhibit. All uncertainty values represent expanded uncertainty estimates at the 95% level of confidence.

### Exhibit Details:

**Date Accepted by Laboratory:** 04/16/2018      **Gross Weight:** 266.3 g      **Date Received by Examiner:** 11/06/2018

| Exhibit | No. Units | Pkg. (Inner) | Form | Reserve Wt. |
|---------|-----------|--------------|------|-------------|
| 00013 | 1 | Ziplock Plastic Bag | Crystalline | 213.14 g |

**Remarks:**

### Exhibit Analysis:

**Sampling:**

Exhibit 00013: A composite was formed from 1 unit for testing of 1 unit received. Methamphetamine and Dimethyl Sulfone confirmed in the composite. Salt form and isomer determined from testing the composite.

| Exhibit | Summary of Test(s) |
|---------|--------------------|
| 00013 | Gas Chromatography, Gas Chromatography/Mass Spectrometry, Infrared Spectroscopy |

| Exhibit | Purity Test(s) |
|---------|----------------|
| 00013 | DEA103L (Gas Chromatography) |



GOVERNMENT
EXHIBIT
2
1:19CR00011-001

**Analyzed By:** /S/ Tara M. Remagen, Senior Forensic Chemist                    **Date:** 11/09/2018
**Approved By:** /S/ Jonathan K. Liu, Senior Forensic Chemist                    **Date:** 11/13/2018