# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| ) | |
| ) | |
| **v.** ) | **CASE No.: 1:19cr00011-001** |
| ) | |
| **ADRIAN JOSE ROMERO** ) | |

## NOTICE OF APPEAL and
## MOTION TO WITHDRAW AS COUNSEL

Notice is hereby given that the defendant, Adrian Jose Romero, by counsel, appeals the decision of this Honorable Court rendered on October 30, 2019 to the United States Court of Appeals for the Fourth Circuit.

The undersigned counsel moves to withdraw as counsel for the defendant because she is employed full time as the Louisa County Attorney and requests this case be assigned to an attorney on the CJA Panel for the Fourth Circuit Court of Appeals.

Respectfully submitted,

Adrian Jose Romero
By Counsel

s/Helen E. Phillips
Helen E. Phillips
Phillips Law Firm, LLC
P.O. Box 517
Abingdon, VA 24212
276-258-5591
helen@phillips-lawfirm.com
Va. Bar #29708

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the foregoing document was electronically filed and will be forwarded to the Assistant United States Attorney this 7th day of November, 2019.

                                                            s/Helen E. Phillips
                                                            Helen E. Phillips