CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

MAR 29 2019

JULIA C. DUDLEY, CLERK
BY: /s/ C. Surbse
DEPUTY CLERK

IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | PETITION FOR WRIT OF HABEAS |
| | ) | CORPUS AD PROSEQUENDUM |
| v. | ) | |
| | ) | |
| ADRIAN JOSE ROMERO | ) | Case No: 1:19CR00011 |
| DOB: xx-xx-1987 | ) | |
| SSN: xxx-xx-2528 | ) | |

Your petitioner, United States of America, by Suzanne Kerney-Quillen, Special Assistant United States Attorney for the Western District of Virginia, respectfully shows:

1. That the case is a prosecution upon an Indictment against the defendant for violation of Title 21, United States Code, Section 846.

2. That the presence of the defendant before the United States District Court for the Western District of Virginia at Abingdon, Virginia, scheduled for an Initial Appearance and/ or Arraignment at 10:00 a.m., on April 29, 2019, is necessary and he is now in the custody of the Coffeewood Correctional Center.

WHEREFORE, your petitioner prays that a Writ Of Habeas Corpus Ad Prosequendum be issued to the United States Marshal for the Western District of Virginia, or any other authorized United States Marshal, who shall bring the defendant before the Court at the above time and place.

Dated: 03/28/2019    /s/ Suzanne Kerney-Quillen
Special Assistant United States Attorney

*****************************************************************

TO: Coffeewood Correctional Center
12352 Coffeewood Drive
P.O. Box 500
Mitchells, VA 22729
Phone: (540) 643-2000

**IN THE EVENT THE INMATE IS TO BE TRANSFERRED TO ANOTHER FACILITY BEFORE THE REQUESTED DATE OF APPEARANCE, PLEASE NOTIFY THE ASSISTANT U.S. ATTORNEY LISTED ABOVE AT (276) 628-4161.**
GREETINGS:

WE COMMAND YOU that you surrender the body of ADRIAN JOSE ROMERO, detained in the Coffeewood Correction Center, under your custody as it is said, to the United States Marshal for the Western District of Virginia, or one of his Deputies, or any other authorized United States Marshal, to the end that his body will be before the United States District Court for the Western District of Virginia, at Abingdon, Virginia, on the 29th day of April 2019, at 10:00 a.m., or at such other time or times as the District Court may direct.

ENTER: The 29th day of March 2019.    /s/ Pamela Meade Sargent
United States Magistrate Judge

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT
OF VIRGINIA, OR ANY AUTHORIZED UNITED STATES MARSHAL:

TO EXECUTE:

WE COMMAND that you proceed to the Coffeewood Correctional Center, and remove therefrom the body of ADRIAN JOSE ROMERO and produce him under safe and secure conduct before the United States District Court for the Western District of Virginia, at Abingdon, Virginia, on the 29th day of April 2019, at 10:00 a.m., or at such other time or times as the District Court may direct; and upon completion of the case, return the said ADRIAN JOSE ROMERO to the Coffeewood Correctional Center.

JULIA C. DUDLEY, CLERK

BY: *C Surber*
Deputy Clerk

CUSTODY ASSUMED:

EXECUTED this __19th__ day of __April__, 2019.

BY: *Jim Satterwhite ASDUSM*
United States Marshal/Deputy

RETURNED:

EXECUTED this __19__ day of __November__, 2019.

BY: *Jim Satterwhite, ASDUSM*
United States Marshal/Deputy

SENTENCED STATE PRISONER:     Yes: __X__     No: _____